8192, 8193.   GRAY *v.* GEORGIA SOUTHERN AND FLORIDA
RAILWAY COMPANY; and *vice versa.*

LUKE, J.   1.   Where, on the trial of an action against a railroad com-
pany, for the death of the plaintiff's husband, the evidence for the
plaintiff showed that her husband was on a passenger-train of the de-
fendant, concealed and stealing a ride thereon, and that the last person
to see him was a companion who was also concealed on the train, steal-
ing a ride, but who was discovered and carried into the train, and that
the body of the plaintiff's husband was thereafter found by the railroad-
track, with a gunshot wound in his head and other bruises on his per-
son, and there was no other account of how he came to his death, no
presumption of negligence against the railroad company, under section
2780 of the Civil Code of 1910, arose in favor of the plaintiff.

2.   The evidence demanded a verdict in favor of the defendant, and the
court did not err in so directing.

3.   The judgment in favor of the defendant in error in the main bill of ex-
ceptions being *affirmed,* the cross-bill of exceptions is *dismissed.*
                                        *Wade, C. J., and Jenkins, J., concur.*
                              DECIDED JUNE 14, 1917.

   Action for damages; from Crisp superior court—Judge George.
August 14, 1916.

   *Whipple & McKenzie, E. M. Davis,* for plaintiff.

   *J. E. Hall, Guyton Parks, C. J. Bloch, Hugh Lasseter,* for de-
fendant.

---

8272.   MORRIS *v.* MOORE.

LUKE, J.   Upon the petition for certiorari and the answer of the trial
judge the court did not err in sustaining the certiorari.
                    *Judgment affirmed. Wade, C. J., and George, J., concur.*
                              DECIDED JUNE 14, 1917.

   Certiorari; from Fulton superior court—Judge Bell.   October
6, 1916.

   *Dodd & Dodd,* for plaintiff in error.   *Gober & Jackson,* contra.